UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-cv-73-FL

| | | |
|---|---|---|
| PAMELA MELVIN, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER TO FILE |
| | ) | UNDER SEAL |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter coming on for consideration, it is hereby

ORDERED that Defendant's Motion to file the Appendix (DE 32) in support of its Motion for Summary Judgment (DE 29) filed under seal be allowed.

This __23rd__ day of November, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge