FILED
MAR 07 2017
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:16-CV-73-F

PAMELA MELVIN )
 )
 Plaintiff, )
vs. )
 )
THE UNITED STATES OF AMERICA el at., )
 )
 Defendants. )

> Motion DENIED
>
> This the 16th day of March, 2017.
>
> /s/ Louise W. Flanagan

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 1, 2017 ORDER**

Plaintiff moves the Court for reconsideration of its March 1, 2017 order (1) denying Plaintiff's motion for a stay (DE 44); (2) denying her motion for another time extension to file an amended complaint (DE 44); and (3) providing her to April 3, 2017, to respond to defendant's motion for summary judgment (DE 44), all of which the Court stated was decided as a result of the statements and allegations made in the government's response. Plaintiff asserts that the March 1, 2017 order was procured by the fraud alleged in the government's response, that the Defendant and its legal counsel knew that the information was fraudulent and fictitious, and that as a result, the March 1, 2017 order is or should be void . See *Hazel-Atlas Glass Co. v. Hartford-Empire Co.* 322 U.S. 238(1944).