UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CV-73-FL

| | | |
|---|---|---|
| PAMELA MELVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, *et. al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

UPON CONSIDERATION OF the United States' motion for entry of an order relieving it of its obligation to respond to filings by Melvin, beyond docket entry 90, prior to the court's adjudication of the parties' cross motions for summary judgment (DE 29, 70), and the entire record,

IT IS HEREBY ORDERED on this __24th__ day of August, 2017, that defendant's Motion is GRANTED. The United States shall be relieved of its obligation to respond to any filings in this case by Melvin, beyond docket entry 90, until ordered by the court to respond.

In its ruling on the parties' cross motions for summary judgment (DE 29, 70) currently pending, the court will direct the United States to respond to specific filings beyond docket entry 90, if any, and will set deadlines for filing such responses.

SO ORDERED.

/s/ Louise W. Flanagan
_____
LOUISE W. FLANAGAN
United States District Judge