IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CV-73-FL

| | | |
|---|---|---|
| PAMELA MELVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GUARDIAN HART MEDICAL CARE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's motion for clarification and motion for extension of time to file amended complaint against defendant Guardian Hart Medical Care ("Guardian"). (DE 110). In this posture, the issues raised are ripe for ruling. For the following reasons, the court denies plaintiff's motion in part and grants plaintiff's motion in part.

First, plaintiff seeks clarification of the court's November 20, 2017, order. Specifically, plaintiff seeks clarification as to whether or not the court's order requires her to assert any state law claims in her amended complaint against defendant Guardian. The court DENIES plaintiff's motion for clarification. The court's order speaks for itself. Where the court engaged in sua sponte analysis of plaintiff's claims against defendant Guardian to determine whether plaintiff stated a claim upon which default judgment may be entered, the court allows plaintiff to amend her complaint against defendant Guardian for the purpose of curing deficiencies noted by the court in its September 29, 2017, order.

Second, plaintiff contends she should be allowed to add other parties as defendants in her amended complaint against defendant Guardian. The court previously dismissed several individuals

and entities as parties to this action. Therefore, to the extent plaintiff seeks permission to reassert claims against those dismissed parties, the court DENIES plaintiff's motion to join additional parties.

Lastly, plaintiff seeks extension of time to file amended complaint. Plaintiff's motion for extension of time is ALLOWED. Plaintiff is has up to and until to January 22, 2018, to file amended complaint against defendant Guardian.

SO ORDERED, this the 22nd day of December, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge