IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CV-73-FL

| | | |
|---|---|---|
| PAMELA MELVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GUARDIAN HART MEDICAL CARE; | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's motion for extension of time to file amended complaint against defendant. (DE 112). Also before the court is plaintiff's motion to seal. (DE 113).

On November 20, 2017, the court granted plaintiff leave to file an amended complaint against defendant. By order dated December 22, 2017, the court extended plaintiff's time to file amended complaint, allowing plaintiff up to and through January 22, 2018 to file amended complaint. (DE 111). On January 22, 2018, plaintiff filed the instant motion, seeking an additional extension of time.

Plaintiff contends that an ongoing medical condition has prevented her from preparing and timely filing an amended complaint. In support of her request for extension of time, plaintiff has produced medical progress notes from the Fayetteville Veterans Affairs Medical Center. (See DE 112-1).

For good cause shown, plaintiff's motion for extension of time and motion to seal are ALLOWED. Plaintiff is allowed up to and through February 22, 2018, to file amended complaint. The clerk is DIRECTED to seal the medical progress notes attached to plaintiff's motion for

extension of time. (DE 112-1).

Plaintiff is NOTICED that her failure to file amended complaint within the appropriate time or failure to serve defendant Guardian timely, absent court-ordered time extension, will result in dismissal of her claims and closing of this case.

SO ORDERED, this the 26th day of January, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge