UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PAMELA MELVIN, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:16-CV-73-FL |
| THE UNITED STATES OF AMERICA; ) | |
| GUARDIAN HART MEDICAL CARE; ) | |
| TRACY NAYLOR also known as TRACY ) | |
| HAUKER; GINGER HUNSUCKER; ) | |
| KATHY REED; VENKATA G. ) | |
| BOODULURI; MASSEY HILL DRUG ) | |
| COMPANY, INC.; MASSEY HILL ) | |
| PHARMACY, LLC; and JONNA ) | |
| SQUIRES; ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on plaintiff's motion for miscellaneous relief, motion to add defendant the Department of Veterans Affairs, motion to vacate its prior orders, motion for default judgment and motion for preliminary injunction.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 8, 2018, that this case is dismissed for failure to obtain service of any amended complaint upon defendant Guardian.

**This Judgment Filed and Entered on August 8, 2018, and Copies To:**
Pamela Melvin (via U.S. Mail) 4949 Fieldcrest Drive, Fayetteville, NC 28303

August 8, 2018         PETER A. MOORE, JR., CLERK
                       /s/ Sandra K. Collins
                       (By) Sandra K. Collins, Deputy Clerk